### KAY COUNTY, EXCISE BOARD v. KURN et al.

No. 29058.   June 27, 1939.

J. H. Hill, County Attorney, and R. O. Wilson, Attorney for Board of Education, for plaintiff in error.

Cruce, Satterfield & Grigsby, for defendants in error.

WELCH, V. C. J. This appeal involves protest of the same item of appropriation, on the same ground, as that invovled in cause No. 29057, Kay County, Excise Board, v. Atchison. T. & S. F. Ry. Co., this day decided, 185 Okla. 327, 91 P.2d 1087. Upon that authority the judgment of the Court of Tax Review is reversed, and the protest is denied.

BAYLESS, C. J., and CORN, DAVISON, and DANNER, JJ., concur. RILEY, OSBORN, GIBSON, and HURST, JJ., dissent.

GIBSON, J. (dissenting). I dissent to the majority opinion for the reasons stated in my dissenting opinion this day filed in the companion case, No. 29057, Kay County, Excise Board v. Atchison. Topeka & Santa Fe Railway Company, 185 Okla. 327, 91 P.2d 1087.

I am authorized to say that Justices RILEY. OSBORN, and HURST concur in this dissenting view.